PROB 12C
(6/16)

Report Date: April 7, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyson Jerred Heath           Case Number: 0980 2:17CR00010-WFN-1

Address of Offender:                      , Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 24, 2017

Original Offense:        Domestic Assault by a Habitual Offender, 18 U.S.C. § 117

Original Sentence:       Prison - 41 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Alison L. Gregoire            Date Supervision Commenced: January 3, 2020

Defense Attorney:        Federal Defender's Office     Date Supervision Expires: January 2, 2023

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Heath is alleged to have violated mandatory condition number 1 by committing felony harassment domestic violence and two counts of fourth degree assault domestic violence in Lincoln County, Washington on April 4, 2020.

On January 7, 2020, the undersigned officer reviewed all mandatory, standard, and special conditions with Mr. Heath. He signed his judgment relative to case number 2:17CR00010-WFN-1 acknowledging an understanding of his conditions of supervised release.

According to the police report filed by the Lincoln County Sheriff's Office, incident number 20L001761, on April 4, 2020, a family member called 911 to report Mr. Heath had just assaulted her and her mother at their residence.

Lincoln County sheriff's deputies arrived and spoke with both victims, Mr. Heath's sister and mother. The victims reported Mr. Heath arrived at the residence with a beer in his hand and his mother told him he should not be drinking and driving. Mr. Heath became upset and then asked his mother for her firearm and to report it stolen. His mother refused and he continued to be irate and yell. Mr. Heath went outside, threw his beer bottle on the ground

Prob12C
**Re: Heath, Tyson Jerred**
**April 7, 2020**
**Page 2**

and came back inside the residence. Mr. Heath went upstairs and began arguing with his sister, then he took her phone and threw it. He then told his sister she was lucky he has not "capped" her and her boyfriend which was clarified that "capped" meant shoot to kill. The police were called which made him more furious, he punched a tool box and then yelled within inches of his sister's face that "when he got out he was going to take a knife to her throat."

Mr. Heath then shoved his sister up against a wall, leaving marks on her chest. He then grabbed his mother and shoved her up against a wall and cabinet. Mr. Heath left the residence in his vehicle.

Mr. Heath's sister and mother believed this was a threat to kill her, he has been violent with them in the past and they are afraid of him.

2       **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Special Condition #7:** You must not remain or enter into any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis testing and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Heath is alleged to have violated mandatory condition number 1 by being arrested and charged with driving under the influence (DUI) in Stevens County, Washington, on or about April 5, 2020.

On January 7, 2020, the undersigned officer reviewed all mandatory, standard, and special conditions with Mr. Heath. He signed his judgment relative to case number 2:17CR00010-WFN-1 acknowledging an understanding of his conditions of supervised release.

The undersigned officer has learned that Mr. Heath was arrested for driving under the influence (DUI) on or about April 5, 2020. He was booked into the Stevens County Jail, and has since been transferred to the Lincoln County Jail. The undersigned officer has requested the police report and will update the Court with additional information when needed.

In addition, in reference to violation number 1, it is alleged that Mr. Heath was consuming alcoholic beverages when he arrived at his mother's residence.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/07/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Heath, Tyson Jerred**
**April 7, 2020**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

4/7/2020
Date