PROB 12C
(6/16)

Report Date: July 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyson Jerred Heath | Case Number: 0980 2:17CR00010-WFN-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 24, 2017

| | | |
|---|---|---|
| Original Offense: | Domestic Assault by a Habitual Offender, 18 U.S.C. § 117 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 3, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 2, 2023 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Tyson Heath violated special condition number 5 by being unsuccessfully discharged from chemical dependency treatment on or about July 15, 2020.<br><br>On July 2, 2020, the Court ordered Mr. Heath released from custody to inpatient treatment. On July 15, 2020, Mr. Heath's counselor at Pioneer Center East called to inform the undersigned officer that Mr. Heath was being terminated from treatment for continuing to disobey treatment facility rules. |

Prob12C
Re: Heath, Tyson Jerred
July 15, 2020
Page 2

On January 7, 2020, Mr. Heath reviewed all mandatory, standard, and special conditions with his U.S. probation officer. He signed his judgment relative to case number 2:17CR00010-WFN-1 acknowledging an understanding of his conditions of supervised release.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 15, 2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Date