PROB 12C
(6/16)

Report Date: March 4, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyson Jerred Heath          Case Number: 0980 2:17CR00010-SMJ-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington, 98908

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: July 24, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Domestic Assault by a Habitual Offender, 18 U.S.C. § 117 | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(July 29, 2020) | Prison - 10 months<br>TSR - 26 months | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | February 10, 2021 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: | April 9, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Heath is alleged to have violated his conditions of supervised release by being arrested and charged with driving under the influence (DUI) in Yakima County, Washington, on or about March 2, 2022.<br><br>On February 17, 2021, Mr. Heath reviewed and signed conditions of release, acknowledging an understanding of mandatory condition number 1, which requires him not to commit another federal, state, or local crime.<br><br>According to the Yakima Police Department (YPD) narrative report, case number 22Y006295, on March 2, 2022, a tow truck driver called 911 for assistance after he arrived to assist the driver who appeared to be highly intoxicated.<br><br>When YPD officers arrived at the scene, they contacted Mr. Heath, who told them he was headed home from work, when the U-joint in his vehicle broke. Mr. Heath hit the curb and |

could not move his vehicle any further. The officer noticed that Mr. Heath's speech was slow, and he was slurring his words. The officer observed Mr. Heath's eyes were bloodshot and glossy. As officers spoke with Mr. Heath, he was swaying back and forth. The officer could smell the odor of intoxicants coming from Mr. Heath, which he believed to be alcohol.

Officers conducted a voluntary standardized field sobriety test due to Mr. Heath stating that he was driving, observing Mr. Heath's eyes being glossy, slow slurred speech, swaying while standing, observing six out of six signs during the horizontal gaze nystagmus test, and Mr. Heath being unable to complete the walk and turn test. Due to all of these factors, the officer believed that probable cause existed to arrest Mr. Heath for driving while under the influence.

As a result of Mr. Heath refusing the preliminary breath test, a warrant was approved for a blood withdrawal from Mr. Heath. After providing the blood sample, Mr. Heath was booked into the Yakima County Jail.

Mr. Heath was arraigned on March 2, 2022 at 8:30 a.m, and bail was set at $20,000. Mr. Heath's next court date is set for March 9, 2022.

2     **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Heath is considered to be in violation of his supervised release conditions by consuming alcohol on or before March 2, 2022.

On February 17, 2021, Mr. Heath reviewed and signed conditions of release, acknowledging and understanding of special condition number 6, which requires him to abstain from consuming alcohol.

According to the Yakima Police Department narrative report, case number 22Y006295, on March 2, 2022, a tow truck driver called 911 for assistance after he arrived to assist the diver who appeared to be highly intoxicated.

When YPD officers arrived at the scene, they contacted Mr. Heath. The officer noticed that Mr. Heath's speech was slow, and he was slurring his words. The officer observed Mr. Heath's eyes were bloodshot and glossy. As officers spoke with Mr. Heath, he was swaying back and forth. The officer could smell the odor of intoxicants coming from Mr. Heath, which he believed to be alcohol.

As a result of Mr. Heath refusing the preliminary breath test, a warrant was approved for a blood withdrawal from Mr. Heath.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Heath, Tyson Jerred**
**March 4, 2022**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

03/04/2022
Date