PROB 12C
(6/16)

Report Date: July 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyson Jerred Heath          Case Number: 0980 2:17CR00010-SMJ-1

Address of Offender: ███████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: July 24, 2017

| | | |
|---|---|---|
| Original Offense: | Domestic Assault by a Habitual Offender, 18 U.S.C. § 117 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 29, 2020) | Prison - 10 months<br>TSR - 26 months | |
| Revocation Sentence:<br>(June 30, 2022) | Prison - 1 month<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 30, 2022 |
| Defense Attorney: | Payton Martinez | Date Supervision Expires: July 29, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On July 6, 2022, supervised release conditions were reviewed and signed by Mr. Heath acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Heath violated mandatory condition number 1 on or about July 15, 2022, by being arrested and charged for the alleged crime of Aim or Discharge Firearm, in violation of the Revised Code of Washington (RCW) 9A.41.230; Yakima County Superior Court cause number 22-1-01187-39. |

Prob12C
**Re: Heath, Tyson Jerred**
**July 19, 2022**
**Page 2**

According to the Yakima Police Department (YPD) narrative report, case number 22Y022495, on July 15, 2022, a YPD officer was dispatched to a home in response to a report of shots being fired.

The YPD officer was informed by a witness at the scene that Mr. Heath was seen standing at an intersection with a firearm in his hand. The witness reported seeing a second male in a vehicle speaking with Mr. Heath, and Mr. Heath proceeded to fire a shot in the air. Mr. Heath then walked away from the vehicle. The witness reported hearing two more shots being fired. A second witness interviewed by the officer provided the same account, as well as providing video footage of the incident as the witness resides in an apartment facing the intersection.

2      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Heath violated mandatory condition number 1 on or about July 15, 2022, by being arrested and charged for the alleged crime of Obstructing Law Enforcement Officer, in violation of RCW 9A.76.020; Yakima County Superior Court cause number 22-1-01187-39.

According to the YPD narrative report, case number 22Y022495, on July 15, 2022, YPD officers were dispatched to an intersection in response to reports of shots fired. Multiple witnesses at the scene informed officers that Mr. Heath was seen brandishing a firearm and firing a shot in the air.

When YPD officers approached Mr. Heath at the scene, he was uncooperative and refused the officers' directives to stop. Mr. Heath proceeded to walk another 25 yards and stop in the middle of the street. Mr. Heath then turned around and walked in the direction of the YPD officer's vehicle. A YPD officer gave Mr. Heath a directive to stop or he would be tased. However, Mr. Heath continued to advance toward the officers, and a taser was deployed. Mr. Heath was then taken to the ground and placed in custody.

3      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Heath violated mandatory condition number 1 on or about July 15, 2022, by being arrested and charged for the alleged crime of Third Degree Assault, in violation of RCW 9A.36.031; Yakima County Superior Court cause number 22-1-01187-39.

According to the YPD narrative report, case number 22Y022495, on July 15, 2022, YPD officers were dispatched to an intersection in response to reports of shots fired. Multiple witnesses at the scene informed officers that Mr. Heath was seen brandishing a firearm and firing a shot in the air.

After YPD officers were able to take Mr. Heath into custody, they began to search Mr. Heath. Mr. Heath repeatedly rolled around on the ground and pulled away from YPD officers while the search was underway. After continued noncompliance, YPD officers were required to carry him to a patrol vehicle. While being placed in the backseat of the patrol vehicle, Mr. Heath attempted to kick two of the YPD officers. Mr. Heath then fell out of the driver side rear door as he attempted to kick the YPD officers again, injuring his neck.

Prob12C
**Re: Heath, Tyson Jerred**
**July 19, 2022**
**Page 3**

YPD officers then requested medical assistance to transport Mr. Heath to get his neck evaluated.  A YPD officer who arrived on the scene to document Mr. Heath's injuries was kicked directly in the face by Mr. Heath.  Mr. Heath then proceeded to spit on multiple officers, and a spit hood was placed over his head.  YPD officers were finally able to secure Mr. Heath onto a stretcher and transport him to the hospital.

4        **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**:  Mr. Heath violated mandatory condition number 1 on or about July 15, 2022, by being arrested and charged for the alleged crime of Unlawful Possession of a Firearm 1, in violation of the RCW 9A.41.040(1); Yakima County Superior Court cause number 22-1-01187-39.

According to the YPD narrative report, case number 22Y022495, on July 15, 2022,  a YPD officer was dispatched to a home in response to a report of shots being fired.

The YPD officer was informed by a witness at the scene that Mr. Heath was seen standing at an intersection with a firearm in his hand.  The witness reported seeing a second male in a vehicle speaking with Mr. Heath, and Mr. Heath proceeded to fire a shot in the air.  Mr. Heath then walked away from the vehicle.  The witness reported hearing two more shots being fired.  A second witness interviewed by the officer provided the same account, as well as providing video footage of the incident as the witness resides in an apartment facing the intersection.

5        **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**:  Mr. Heath violated mandatory condition number 1 on or about July 15, 2022, by being arrested and charged for the alleged crime of Harassment, in violation of RCW 9A.46.020 2B; Yakima County Superior Court cause number 22-1-01187-39.

According to the YPD narrative report, case number 22Y022495, on July 15, 2022,  YPD officers  were dispatched to a home in response to a report of shots being fired.

A witness at the scene informed YPD officers that Mr. Heath and his cousin had arrived at his residence to inquire about a job at a fruit warehouse.  The witness offered to speak with Mr. Heath the following week as he was currently on vacation from work.  Mr. Heath then proceeded to stare down the witness and make threatening comments.  The witness reported Mr. Heath appeared drunk, swaying where he stood, and slurring his speech.

When the witness asked Mr. Heath to leave his home, he followed Mr. Heath to ensure he did not return.  The witness reported after following Mr. Heath a short distance down the street, Mr. Heath turned around and pulled out a butterfly knife.

The witness informed YPD officers he then attempted to coax Mr. Heath further away from his residence by following him in a vehicle.  A second witness interviewed by YPD officers confirmed seeing Mr. Heath brandish a butterfly knife. YPD officers later recovered a silver butterfly knife in a planter at the corner of the intersection.

**Prob12C**
**Re: Heath, Tyson Jerred**
**July 19, 2022**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  | July 19, 2022

| s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____07/20/2022_____
Date