PROB 12C
(6/16)

Report Date: January 3, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyson Jerred Heath        Case Number: 0980 2:17CR00010-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇ Davenport, Washington 99122

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 24, 2017

| | |
|---|---|
| Original Offense: | Domestic Assault by a Habitual Offender, 18 U.S.C. § 117 |
| Original Sentence: | Prison - 41 months       Type of Supervision: Supervised Release
TSR - 36 months |
| Revocation Sentence:
(July 29, 2020) | Prison - 10 months
TSR - 26 months |
| Revocation Sentence:
(June 30, 2022) | Prison - 1 month
TSR - 25 months |
| Asst. U.S. Attorney: | Courtney Pratten        Date Supervision Commenced: June 30, 2022 |
| Defense Attorney: | Nick Mirr        Date Supervision Expires: July 29, 2024 |

## PETITIONING THE COURT

To issue a summons.

On July 6, 2022, supervised release conditions were reviewed and signed by Mr. Heath acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Heath is alleged to have violated his conditions of supervised release by leaving the Eastern District of Washington, without permission, on or before January 2, 2024. |

Prob12C
**Re: Heath, Tyson Jerred**
**January 3, 2024**
**Page 2**

According to Kirkland Police Department (KPD) incident report #2023-00044567, on December 30, 2023, a KPD officer was dispatched to an apartment complex in response to an active disturbance. The reporting party (RP) reported that her mother and her mother's boyfriend, Mr. Heath, were engaged in an argument, whereby Mr. Heath had punched a wall and pushed the RP's aunt. When the KPD officer arrived, he noticed that Mr. Heath appeared visibly intoxicated and refused to speak with the KPD officer until the KPD officer spoke with Mr. Heath's girlfriend.

While the KPD officer spoke with Mr. Heath's girlfriend, Mr. Heath became uncooperative to KPD officer's requests to remain where he was. Based on the investigation, Mr. Heath was not free to leave as there were allegations of possible assault. Mr. Heath was then placed into handcuffs by KPD officers after trying to walk away, and directed to sit on an apartment stoop while KPD officers spoke with Mr. Heath's girlfriend and her daughter.

Mr. Heath's girlfriend informed KPD officers that she and Mr. Heath had been dating the past 3 years, and he was invited over for dinner; however, he arrived visibly intoxicated and had been drinking earlier that day. Mr. Heath had also found text messages on his girlfriend's phone and wanted to discuss those with her. Mr. Heath's girlfriend reported that Mr. Heath then began following her incessantly around the home, at which point he was asked to leave. Mr. Heath then blocked the front door so his girlfriend exited out the rear door. Mr. Heath then followed his girlfriend into the apartment complex parking lot, whereby he began arguing with her again. At one point, Mr. Heath punched an exterior wall of the complex, causing his hand to bleed. Mr. Heath's girlfriend informed KPD officers that Mr. Heath never assaulted her, and the incident between the two of them was only verbal.

The RP corroborated her mother's statement, and added that he did push her aunt. The aunt corroborated the above information, however, did not want to press charges for assault and the relationship did not meet the requirement for mandatory arrest.

The KPD officer then spoke with Mr. Heath, who stated he only wanted to speak with his girlfriend, thus he followed her around. Mr. Heath stated he never touched his girlfriend, and the incident was verbal. Mr. Heath was released from handcuffs at that time and agreed to separate himself from the area and left without incident.

On January 2, 2024, this officer spoke with Mr. Heath via telephone. During the conversation, Mr. Heath admitted to being in Kirkland, Washington, without permission and also having consumed alcohol on or about December 30, 2023.

2  **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Heath is alleged to have violated his conditions of supervised release by consuming alcohol on or before December 30, 2023.

Please refer to narrative found in Violation #1.

Prob12C
Re: Heath, Tyson Jerred
January 3, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 3, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/4/2024
Date